No. 97–489. COLELLI *v.* SANDT, DBA 1ST KLAS MARINA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–491. CLUTE *v.* SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 97–492. JOHN F. VICKERS MASONRY *v.* GIUSEPPE FURRER, S. P. A. Sup. Ct. Ariz. Certiorari denied.

No. 97–498. ALLEN ET AL. *v.* MONTGOMERY HOSPITAL ET AL. Sup. Ct. Pa. Certiorari denied.

No. 97–510. POWER *v.* RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–515. TSIPOURAS *v.* MESHBESHER, BIRRELL & DUNLAP LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–518. DAVIS ET AL. *v.* TABACHNICK ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–529. MILES *v.* SUNBELT NATIONAL BANK ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–536. GARDNER *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 97–567. TEXAS COMMERCE BANK-SAN ANGELO, N. A., ET AL. *v.* SHURLEY ET UX. C. A. 5th Cir. Certiorari denied.

No. 97–596. RIGGS ET AL. *v.* BURSON, ATTORNEY GENERAL OF TENNESSEE, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 97–617. BOWLIN *v.* FLORIDA. Cir. Ct. Polk County, Fla. Certiorari denied.

No. 97–619. ORTIZ *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–629. SHONG-CHING TONG *v.* TURNER ET AL. C. A. 9th Cir. Certiorari denied.